UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| Alicia Jo Reider | § | |
| | § | Case No: **21-50335** |
| Debtor. | | |

### AFFIDAVIT REGARDING PAY STUBS (11 U.S.C. § 521(a)(1))

PERSONALLY APPEARED before me, an officer duly authorized by law to administer oaths, Alicia Jo Reider, who after first being duly sworn, states:

1.

My name is Alicia Jo Reider, I am over the age of eighteen and I am competent in all respects to testify regarding the matters set forth herein. I am the debtor in the above-captioned Chapter 7 bankruptcy case. I have personal knowledge of the facts stated herein and know them to be true and I give this Affidavit voluntarily.

2.

I do not have pay stubs for the six-month period prior to my bankruptcy case filing date because I am unemployed and only receive Social Security income.

FURTHER AFFIANT SAYETH NOT.

_____
Alicia Jo Reider

Sworn to and subscribed before me
This 14 day of JANUARY, 2021.

_____
Notary Public
My commission expires:

[Notary Seal: SUZI LUMBERT, COMMISSION EXPIRES MAY 4 2021, CHEROKEE CO., GEORGIA, NOTARY PUBLIC]