# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 21-50335-WLH  
**Case Name:** REIDER, ALICIA JO  
**For Period Ending:** 06/30/2021

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 01/14/2021 (f)  
**§ 341(a) Meeting Date:** 02/18/2021  
**Claims Bar Date:** 05/26/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2013 Hyundai Santa Fe Sport, 92000 miles<br>Notice of abandonment filed on 2/21/21, Dkt # 11. | 5,500.00 | 500.00 | OA | 0.00 | FA |
| 2 | Misc Household Goods & Furnishings | 300.00 | 0.00 | | 0.00 | FA |
| 3 | MIsc Household Electronics | 150.00 | 0.00 | | 0.00 | FA |
| 4 | M&P Bodyguard 380<br>Notice of abandonment filed on2/21/21, Dkt # 11. | 200.00 | 0.00 | OA | 0.00 | FA |
| 5 | Misc Womens and Childrens Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Cat<br>Notice of abandonment filed on2/21/21, Dkt # 11. | 5.00 | 0.00 | OA | 0.00 | FA |
| 7 | Checking account: Bank of America | 400.00 | 0.00 | | 0.00 | FA |
| 8 | 2020: Federal | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2014 Judgment against Brandon C. Newcomer for $10,500 | Unknown | 0.00 | | 0.00 | FA |
| 10 | Int. in Ins. policies: Esurance Auto | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Transfer of 1/2 interest in Vacant Land in High Knob WV in year 2019 for no consideration<br>SOFA Asset. Trustee's value based on one-half of $17,000 sale price after transfer | 0.00 | 8,500.00 | | 0.00 | 8,500.00 |
| 12 | Transfer of 1/2 Interest in 704 Victoria Court, Woodstock, GA 30189 in 2018 (u)<br>Trustee value based on 1/2 of current value of $260k less mortgage or $42k. | 109,000.00 | 109,000.00 | | 0.00 | 109,000.00 |
| 12 | **Assets    Totals**    (Excluding unknown values) | **$116,655.00** | **$118,000.00** | | **$0.00** | **$117,500.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 21-50335-WLH | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** REIDER, ALICIA JO | **Date Filed (f) or Converted (c):** 01/14/2021 (f) |
| | **§ 341(a) Meeting Date:** 02/18/2021 |
| **For Period Ending:** 06/30/2021 | **Claims Bar Date:** 05/26/2021 |

**Major Activities Affecting Case Closing:**

2/19/21  Request for Claims Bar Date filed; Notice of Abandonment of 2013 Hyundai, Handgun & Cat

6/30/2021- Trustee to file complaint relating to transfer of 1/2 interest in Vacant Land in High Knob WV in year 2019 for no consideration and transfer of 1/2 Interest in 704 Victoria Court, Woodstock, GA 30189 in 2018

**Initial Projected Date Of Final Report (TFR):**   12/31/2022         **Current Projected Date Of Final Report (TFR):**   12/31/2022

07/30/2021                                                                                           /s/S. Gregory Hays
Date                                                                                                          S. Gregory Hays