**IT IS ORDERED as set forth below:**



**Date: November 15, 2023**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-50335-WLH |
| ALICIA JO REIDER, | : | CHAPTER 7 |
| Debtor. | : | |

**ORDER AUTHORIZING SETTLEMENT UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On October 16, 2023, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Alicia Jo Reider ("**Debtor**"), filed a *Motion for Order Authorizing Settlement under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 31] (the "**Motion**") and related papers with the Court, seeking an order, among other things,[1] approving a settlement agreement (the "**Settlement Agreement**") between Trustee and Judy B. Reider

---

[1] The following is meant only as a summary of the relief requested in the Motion and the terms of the Settlement Agreement. To the extent that the terms of this Order and the terms of the Settlement Agreement conflict, the terms of the Settlement Agreement shall control.

("**Ms. Reider**" and with Trustee, the "**Parties**") related to the Trustee's Avoidance Disputes[2] raised against Ms. Reider in that certain adversary proceeding styled as *Hays v. Reider* (Adv. Pro. No. 23-5004-WLH) (the "**Adversary Proceeding**"). In particular, the Parties agree that Ms. Reider shall pay a total of $26,000.00[3] to Trustee to settle the Avoidance Disputes through several Scheduled Payments. There are default provisions should Ms. Reider fail to pay timely any of the Scheduled Payments, and the Parties grant broad and general releases to one another. Finally, if Ms. Reider pays the full amount owed under the Settlement Agreement, the Parties shall dismiss the Adversary Proceeding. The exact terms of the Settlement Agreement are set forth on Exhibit "A" to the Motion.

On October 18, 2023, Trustee filed a *Notice of Motion for Order Authorizing Settlement under Rule 9019 of the Federal Rules of Bankruptcy Procedure; Deadline to Object; and for Hearing* [Doc. No. 32] (the "**Notice**") regarding the Motion, in accordance with the Third Amended and Restated General Order No. 24-2018, and setting a hearing on the Motion for November 16, 2023 (the "**Hearing**"). Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on October 18, 2023. [Doc. No. 33].

No objection to the relief requested in the Motion was filed prior to the objection deadline provided in the Notice and pursuant to the Third Amended and Restated General Order No. 24-2018.

---

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.

[3] As set out in the Motion, if Ms. Reider pays Trustee $25,000.00 within one year of the Settlement Approval Order (i.e., this Order) becoming final, then the amount Ms. Reider owes Trustee under the terms of the Settlement Agreement shall be reduced from $26,000.00 to $25,000.00

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: the Settlement Agreement is approved and its terms are incorporated into this Order. It is further

**ORDERED** that Trustee may take any other actions necessary to satisfy the terms of the Settlement Agreement. It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement Agreement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

### [END OF DOCUMENT]

**Order prepared and presented by**:

ROUNTREE LEITMAN KLEIN & GEER LLC
*Attorneys for Trustee*
By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
Telephone: (404) 410-1220
Email: mbargar@rlkglaw.com

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Alicia Jo Reider
704 Victoria Court
Woodstock, GA 30189

Alexander Gray Hait
Hait & Kuhn
Suite 100
185 Stockwood Drive
Woodstock, GA 30188

Brian S. Limbocker
Limbocker Law Firm, LLC
2230 Towne Lake Parkway
Building 100, Ste. 140
Woodstock, GA 30189

Michael J. Bargar
Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329