UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LARRY DARNELL GORE, JR., | ) | CASE NO. 21-51345-JRS |
| | ) | |
| Debtors. | ) | |

**NOTICE OF TRUSTEE'S MOTION FOR ORDER AUTHORIZING SETTLEMENT UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; DEADLINE TO OBJECT; AND FOR HEARING**

**PLEASE TAKE NOTICE** that on May 25, 2023, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Larry Darnell Gore, Jr. ("**Debtor**"), filed *Trustee's Motion for Order Authorizing Settlement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 71] (the "**Settlement Motion**") and related papers with the Court, seeking, among other things,[1] an order from the Court authorizing a settlement with the Debtor related to the $12,638.47 Insurance Proceeds[2] paid by Travelers to Debtor for repair services rendered by Peacemaker Contractors, which were not subsequently remitted to Peacemaker Contractors by Debtor.

In the Settlement Motion, Trustee has requested authorization to (i) set off $12,638.47 from Debtor's Property Exemption in the amount of $21,500.00; and (ii) pay Debtor $8,861.53 in full satisfaction of the Debtor's Property Exemption within 5 business days of Trustee's closing a sale of the Property. Effective upon Debtor's receipt of the $8,861.53 Property Exemption Payment,

---

[1] The following is meant only as a summary of the relief requested in the Settlement Motion. To the extent that the terms of this notice and the terms of the Settlement Motion conflict, the terms of the Settlement Motion shall control.

[2] Capitalized terms not defined in this notice shall have the meanings ascribed to them in the Settlement Motion.

Debtor will waive all remaining obligations, if any, that the Bankruptcy Estate may otherwise have to pay to Debtor from any proceeds of the Property on account of exemptions asserted by or on behalf of Debtor, if any, in the Property.

Pursuant to Third Amended and Restated General Order No. 24-2018, the Court may consider these matters without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the Settlement Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee's attorney, Michael J. Bargar, Rountree Leitman Klein & Geer LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia 30329, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for June 22, 2023. The Court will hold a hearing on the Settlement Motion at 10:30 a.m. (ET) on June 22, 2023 in Courtroom 1404, United States Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until

the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: May 26, 2023.

ROUNTREE LEITMAN KLEIN & GEER LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
mbargar@rlkglaw.com

Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
404-410-1220