

**IT IS ORDERED as set forth below:**

**Date: June 29, 2023**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-51345-JRS |
| | : | |
| LARRY DARNELL GORE, JR., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING SETTLEMENT UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On May 25, 2023, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Larry Darnell Gore, Jr. ("**Debtor**"), filed a *Motion for Order Authorizing Settlement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 71] (the "**Settlement Motion**") and related papers with the Court, seeking, among other things,[1] an order from the Court

---

[1] The following is a summary of the Settlement as set forth in the Settlement Motion and is not intended to be comprehensive. To the extent that anything in this summary is contrary to the terms of the Settlement as set forth in the Settlement Motion, the Settlement terms contained in the Settlement Motion control.

authorizing a settlement (the "**Settlement**") with the Debtor related to the $12,638.47 Insurance Proceeds[2] paid by Travelers to Debtor for repair services rendered by Peacemaker Contractors, which were not subsequently remitted to Peacemaker Contractors by Debtor.

More particularly, and as set out in the Settlement Motion, Trustee has requested authorization to (i) set off $12,638.47 from Debtor's Property Exemption in the amount of $21,500.00; and (ii) pay Debtor $8,861.53 in full satisfaction of the Debtor's Property Exemption within 5 business days of Trustee's closing a sale of the Property. Moreover, effective upon Debtor's receipt of the $8,861.53 Property Exemption Payment, Debtor will waive all remaining obligations, if any, that the Bankruptcy Estate may otherwise have to pay to Debtor from any proceeds of the Property on account of exemptions asserted by or on behalf of Debtor, if any, in the Property. The exact terms of the Settlement are set forth in the Settlement Motion.

On May 26, 2023, Trustee filed *Notice of Motion for Order Authorizing Settlement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure; Deadline to Object; and for Hearing* [Doc. No. 72] (the "**Notice**") regarding, among other things, the Settlement Motion, in accordance with the Third Amended and Restated General Order No. 24-2018. Counsel for trustee certifies that he served the Notice on all requisite parties in interest on May 26, 2023. [Doc. No. 73].

The Notice provided notice of the opportunity to object and for hearing on June 22, 2023 (the "**Hearing**") pursuant to the procedures in the Third Amended and Restated General Order No. 24-2018. No objection to the Settlement Motion was filed prior to the objection deadline provided in the Notice. Counsel for Trustee appeared at the calendar call for the Hearing. No other party in interest appeared.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Settlement Motion

The Court having considered the Settlement Motion and all other matters of record, including the lack of objection to the relief requested in the Settlement Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Settlement Motion, it is hereby

**ORDERED** that the Settlement Motion is **GRANTED**: the Settlement is **APPROVED**, and its terms are incorporated herein by reference. It is further

**ORDERED** that Trustee and Debtor may take any other actions necessary to effectuate the terms of the Settlement and the Settlement Motion. It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

**[END OF DOCUMENT]**

**Order prepared and presented by:**

ROUNTREE LEITMAN KLEIN & GEER, LLC
*Attorneys for Trustee*

By:    */s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
mbargar@rlkglaw.com
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-1220

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Larry Darnell Gore, Jr.
198 Melody Lane
Lawrenceville, GA 30043

John Gerard Brookhuis
Brookhuis Law, LLC
1350 Scenic Hwy
Ste 266
Snellville, GA 30078

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329